IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

AMANDA BETH WEDWICK,

    Plaintiff

v.                                                   CIVIL NO. 2:14cv267

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

Pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002, Standing Order on Assignment of Certain Matters to United States Magistrate Judges, this Court referred this matter to Magistrate Judge Tommy E. Miller. The parties filed opposing Motions for Summary Judgment, and Judge Miller filed a Report and Recommendations ("R & R"), ECF No. 20, with respect to the parties' opposing motions, recommending that this Court vacate and remand the decision of Carolyn Colvin, Acting Commissioner of the Social Security Administration.

By copy of the R & R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date the R & R was mailed. This Court has received no written objections or other response to the R & R from either party and the time for filing objections has expired.

When reviewing a Magistrate Judge's R & R, the Court must make a <u>de novo</u> determination of those portions of the R & R to which objections, if any, are made. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court is authorized to accept, reject or

modify, in whole or in part, the findings and recommendations made by the Magistrate Judge. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C).

In the absence of any objections to the R & R from either party, the findings of fact and conclusions of law contained therein are hereby **ADOPTED** in their entirety. ECF No. 20. Plaintiff's Motion for Summary Judgment, ECF No. 10, and Motion to Remand, ECF No. 11, are **GRANTED**. Defendant's Motion for Summary Judgment is **DENIED**. ECF No. 13. Defendant's decision denying Plaintiff's claim for a period of disability and Disability Insurance Benefits and for Supplemental Security Income is hereby **VACATED**, and this matter is **REMANDED**.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, VA
August 7, 2015